No. 49804.—Protest 104801-K of Mark Tarlow (New York).

Opinion by KEEFE, J. At the trial it was stipulated between counsel that 75 kid plates were missing from case No. 216 and that such kid plates were not

imported. In accordance therewith and in view of the report of the collector stating that the regulations have been complied with, the collector was directed to reliquidate the duties on said plates.